# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I.C., a Minor, by MARIA PINO and | : | CIVIL ACTION |
| THOMAS CINTAO, Guardians, | : | |
| and MARIA PINO and THOMAS | : | NO. 13-3681 |
| CINTAO, Individually | : | |
|              Plaintiffs, | : | |
| | : | |
|      v. | : | |
| | : | |
| SMITHKLINE BEECHAM | : | |
| CORPORATION d/b/a | : | |
| GLAXOSMITHKLINE, | : | |
|              Defendant | : | |

## ORDER

**AND NOW**, this 9th day of October, 2013, upon consideration of Plaintiffs' Motion to Amend and Certify Order for Interlocutory Review Pursuant to 28 U.S.C. § 1292(B), the responses filed thereto, and after oral argument having been held, it is hereby **ORDERED** that said Motion (Docket No. 25) is **DENIED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.